984 A.2d 477

COMMONWEALTH of Pennsylvania, Office of
Attorney General by Thomas W. Corbett,
Jr., Attorney General, Appellant

v.

HEIDELBERG TOWNSHIP, Heidelberg Township Board of Su-
pervisors, North Heidelberg Township, North Heidelberg Town-
ship Board of Supervisors, Borough of Robesonia, Robesonia
Borough Council, Borough of Womelsdorf and Womelsdorf
Borough Council, Appellees

Commonwealth of Pennsylvania, Office of Attorney General
by Thomas W. Corbett, Jr., Attorney General, Appellant

v.

Lower Oxford Township, Lower Oxford Township
Board of Supervisors, Appellees.

Supreme Court of Pennsylvania.

Nov. 10, 2009.

## ORDER

PER CURIAM.

AND NOW, this 10th day of November, 2009, appellant's
petition for reconsideration is GRANTED. This Court's No-
vember 21, 2007 order in the instant matters is VACATED.
The orders of the Commonwealth Court which sustained the
preliminary objections of Heidelberg Township, *et al.,* and
Lower Oxford Township, *et al.,* and dismissed without preju-
dice the Commonwealth of Pennsylvania, Office of Attorney

General's petitions for review, are hereby REVERSED. *See Commonwealth, Office of the Attorney General v. Locust Twp.,* 600 Pa. 533, 968 A.2d 1263 (2009) (holding that Chapter Three of Agricultural Code, 3 Pa.C.S. §§ 311–318, authorizes Attorney General to bring pre-enforcement action to invalidate or enjoin enforcement of local ordinance, even if ordinance existed on Chapter Three's effective date).